UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LEVISON, D/B/A LEVISON SEARCH ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE RECRUITMENT LINK, LLC,<br><br>Defendant. | No. 2:22–cv–01993–KJN<br><br>ORDER |

This action has been assigned to Chief Magistrate Judge Kendall J. Newman. All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. 636(c)(1).

Given that defendants have answered the complaint (see ECF No. 4), the case requires scheduling. Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 30 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26. During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program. The parties should also confer on discovery deadlines.

2. Within 7 days after the parties' discussion on mandatory disclosures, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order. This report shall address the relevant portions of Local Rule 240(a) and shall be set for a hearing before the undersigned pursuant to the court's civil motion calendar. Judge Newman hears civil motions on Tuesdays at 9:00 a.m.

3. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. <u>See</u> Local Rule 160.

Dated: November 18, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

levi.1993