UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LEVISON,<br><br>        Plaintiff,<br><br>   v.<br><br>HEALTHCARE RECRUITMENT LINK, LLC,<br><br>        Defendant. | No. 2:22–cv–01993–KJN<br><br><u>ORDER MODIFYING PRETRIAL SCHEDULING ORDER</u> |

     On July 17, 2023, the parties filed a stipulated request to modify the pretrial scheduling order. (ECF No. 13.) Upon review and consideration, the court finds that good cause exists for modifying the Pretrial Scheduling Order and hereby amends that order as follows:

    1.     The date on which all non-expert discovery shall be completed is changed from December 23, 2023, to January 31, 2024.

    2.     The date for participation in Alternative Dispute Resolution (ADR) is changed from October 1, 2023, to February 29, 2024.

    3.     The last date for Disclosure of Expert Witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) is changed from July 15, 2023, to March 31, 2024.

    4.     The date for completion of expert discovery is changed from December 23, 2023,

to May 31, 2024.

5. All law and motion, except as to discovery-related matters, shall be completed (i.e., heard) is changed from February 26, 2024, to August 30, 2024.

IT IS SO ORDERED.

Dated: July 20, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

levi.1993

2