# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LEVISON DBA LEVISON SEARCH ASSOCIATES,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE RECRUITMENT LINK, LLC; and DOES 1 to 20,<br><br>Defendants. | Case No.  2:22-cv-01993-CSK<br><br>**ORDER GRANTING PARTIES' THIRD STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

Upon review and consideration of the Application for Change of Pretrial Scheduling Order, Declaration of Mark A. Campbell, and Stipulation, filed on May 3, 2024, the court finds that good cause exists for modifying the Pretrial Scheduling Order, filed January 8, 2024 (Doc. 16), and does hereby amend that order as follows:

1. The date on which all non-expert discovery shall be completed is changed from 3-31-24 to 6-19-24.

2. The date for participation in Alternative Dispute Resolution (ADR) is changed from 4-30-24 to 6-15-24.

3. The last date for Disclosure of Expert Witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) is changed from 5-31-24 to 7-31-24.

4. The date for completion of expert discovery is changed from 7-31-24 to 9-31-24.

5. All law and motion, except as to discovery-related matters, shall be completed (i.e., heard) is changed from 10-31-24 to 12-30-24.

IT IS SO ORDERED.

DATED: May 7, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, levi1993.22