UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LEVINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTHCARE RECRUITMENT LINK, LLC,<br><br>    Defendant. | Case No. 2:22-cv-01993-CSK<br><br>ORDER MODIFYING PRETRIAL SCHEDULING ORDER AND REQUIRING JOINT STATEMENT<br><br>(ECF No. 12) |

This case was reassigned to Magistrate Judge Chi Soo Kim on April 2, 2024.[1] (ECF No. 17.) The Court modifies the pretrial scheduling order issued on February 23, 2023 (ECF No. 12), as follows:

1. The Court will set dates for the final pretrial conference and trial. As a result, the parties will no longer be required to submit a Notice of Trial Readiness. (*See* 2/23/2023 Pretrial Scheduling Order at 6-7.)

2. Within 30 days from the date of this Order, the parties shall file with the Court a brief Joint Statement with their estimate of trial length and proposed dates for a final pretrial conference and trial. The proposed dates for the final pretrial

---

[1] This case proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) upon the consent of all parties. (*See* ECF Nos. 3, 5, 6.)

1

conference should be approximately 2-3 months after the dispositive motion hearing deadline, and 3-4 weeks before proposed trial dates.

3. The parties are directed to review Judge Kim's Civil Standing Orders, available on her webpage on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/.

Dated: July 2, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, levi1993.22