| | |
|---|---|
| MARK A. CAMPBELL (SB# 93595)<br>MICHAEL J. MENDEZ (SB# 347450)<br>**QUINN • COVARRUBIAS**<br>2220 Douglas Boulevard, Suite 240<br>Roseville, CA 95661<br>Sacramento, CA 95826<br>Telephone: (916) 400-2300<br>Fax:         (916) 400-2311<br>mcampbell@quinncova.com<br>eservice@quinncova.com<br><br>Attorneys for Defendant<br>Healthcare Recruitment Link, LLC<br><br>MATTHEW A. BRINEGAR<br>**THE BRINEGAR LAW FIRM**<br>2000 Van Ness Avenue, Suite 412<br>San Francisco, CA 94109<br>Telephone: (415) 735-6856<br>Fax:         (415) 520-9287<br>mbrinegar@brinegarlaw.com<br><br>Attorney for Plaintiff<br>Regina Levison dba Levison Search Associates | (SPACE BELOW FOR FILING STAMP ONLY) |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LEVISON DBA LEVISON SEARCH ASSOCIATES,<br><br>             Plaintiff,<br><br>vs.<br><br>HEALTHCARE RECRUITMENT LINK, LLC; and DOES 1 to 20,<br><br>             Defendants. | Case No. 2:22-cv-01993-CSK<br><br>**MODIFIED ORDER GRANTING PARTIES' FOURTH STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>(ECF No. 22) |

On July 24, 2024, the parties filed a fourth stipulated request to modify the pretrial scheduling order. (ECF No. 22). Upon review and consideration, the court finds that good cause exists to modify the Pretrial Scheduling Order and hereby amends that order as follows:

1.       The date for participation in Alternative Dispute Resolution (ADR) is changed from June 15, 2024, to September 30, 2024.

2.       The last date for Disclosure of Expert Witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) is changed from July 31, 2024, to November 29, 2024.

3.       The date for completion of expert discovery is changed from September 31, 2024, to January 31, 2025.

4.       All law and motion, except as to discovery-related matters, shall be completed (i.e., heard) is changed from December 30, 2024, to April 30, 2025.

IT IS SO ORDERED.

Dated:  July 25, 2024.

_____
CHI SOO KIM
UNITED STATES MAGISTRAGE JUDGE

4, levi1993.22

[PROPOSED] MODIFIED ORDER MODIFYING PRETRIAL SCHEDULING ORDER