# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

REGINA LEVISON DBA LEVISON SEARCH ASSOCIATES,

               Plaintiff,

vs.

HEALTHCARE RECRUITMENT LINK, LLC; and DOES 1 to 20,

               Defendants.

Case No.  2:22-cv-01993-CSK

**ORDER**

The parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2) is pending before the Court. (ECF No. 27.) The parties agree that *Regina Levison DBA Levison Search Associates v. Healthcare Recruitment Link, LLC*, Case Number 2:22-cv-01993-KJN has been settled and that the Settlement Agreement fully resolves the claims in Plaintiff's Complaint against Defendant.

The Court grants the joint request that this action be dismissed with prejudice.

The Court declines, however, the request that the Court retain jurisdiction to enforce the terms of their settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (district court has discretion to retain jurisdiction over the settlement agreement.)

IT IS HEREBY ORDERED that:

1.     The Joint Motion to Dismiss (ECF No. 27) is GRANTED IN PART AND DENIED IN PART;

/ / /

- 1 -

2. The Court declines the request to retain jurisdiction to enforce the terms of the settlement agreement;

3. This action is dismissed with prejudice, and the Clerk of Court is ordered to close this action; and

4. All previously set deadlines and hearings are VACATED.

Dated:  January 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, levi1993.22